IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lisa Strohpaul,                                             Case No. 3:13CV1675

        Plaintiff

   v.                                                       **ORDER**

Commissioner of Social Security,

        Defendant

    This is a Social Security case in which plaintiff Lisa Strohpaul challenges the denial of disability insurance benefits and supplemental security income.

    Pending is the Magistrate Judge's Report and Recommendation (R&R), which recommends I affirm the Commissioner's decision. (Doc. 16). Specifically, the Magistrate determined the administrate law judge (ALJ) gave good reasons when, in crafting plaintiff's residual functioning capacity (RFC), he declined to adopt moderate limitations in social functioning.

    Plaintiff has not filed an objection.

    Having reviewed the R&R and plaintiff's merits brief, I concur in the Magistrate Judge's determination that substantial evidence supports the ALJ's RFC determination.

    It is, therefore, ORDERED THAT

    1.    The Magistrate Judge's R&R (Doc. 16) be, and the same hereby is adopted as the order of this Court; and

    2.    The Commissioner's decision be, and the same hereby is affirmed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge